EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
AMBER N. WIPFLER, State Bar No. 238484
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5721
 Fax: (415) 703-5843
 Email: Amber.Wipfler@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVESTER STRONG,<br><br>       Petitioner,<br><br> v.<br><br>BEN CURRY, Warden,<br><br>       Respondent. | C07-4927 SI<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge: The Honorable Susan Illston |

**REQUEST FOR EXTENSION OF TIME TO FILE ANSWER**

Petitioner Sylvester Strong is a California state inmate at the Correctional Training Facility, proceeding pro in this habeas corpus action. Petitioner alleges that Governor Arnold Schwarzenegger unconstitutionally reversed his 2006 parole grant. On November 14, 2007, this Court issued an Order to Show Cause, requiring Respondent Warden Ben Curry to file an Answer on or before January 18, 2007. For the reasons set forth in the attached Declaration of Counsel, Respondent respectfully requests a two-week extension of time, up to and including

/ / /

/ / /

Req. for EOT; Decl. of Counsel; [Prop.] Order

*Strong v. Curry*
Case No. C07-4927 SI

1

1  February 1, 2008, to file a responsive pleading in this matter.

2  Dated: January 16, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
Attorney General of the State of California

5  DANE R. GILLETTE
Chief Assistant Attorney General

6

7  JULIE L. GARLAND
Senior Assistant Attorney General

8  ANYA M. BINSACCA
Supervising Deputy Attorney General

9

10  *[signature]*

11  AMBER N. WIPFLER
Deputy Attorney General

12  Attorneys for Respondent Warden B. Curry

13  40206555.wpd
SF2007403218
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Req. for EOT; Decl. of Counsel; [Prop.] Order

*Strong v. Curry*
Case No. C07-4927 SI

## **DECLARATION OF COUNSEL**

I, Amber N. Wipfler, declare:

1. I am an attorney admitted to practice before the courts of the state of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Sylvester Strong.

3. On November 14, 2007, this Court issued an Order to Show Cause, requiring Respondent Warden Ben Curry to file a responsive pleading on or before January 18, 2008.

4. On November 30, 2007, my paralegal ordered copies of Petitioner's state court petitions and orders from Fresno County Superior Court, the Fifth District Court of Appeal, and the California Supreme Court. As of today, January 15, 2008, the documents from the appellate court have not yet arrived. Furthermore, petitioner did not attach these documents as exhibits to the Petition.

5. The appellate petition and decision are necessary for me to determine whether Petitioner has exhausted his state court remedies, and whether there is a reasoned state court decision for the purposes of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA).

6. Accordingly, Respondent respectfully requests an additional two-week extension of time, up to and including February 1, 2008, to file a responsive pleading in this matter.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

8. Without an extension of time, Respondent would be substantially harmed or prejudiced in that Respondent would not have the opportunity to determine whether the petition meets exhaustion requirements, or whether there is a reasoned state court decision subject to deference

///

///

///

1  under AEDPA.

2      I declare under penalty of perjury that the above is true and correct, and that this declaration was

3  executed on January 16, 2008, in San Francisco, California.

_____<br>
Amber N. Wipfler<br>
Deputy Attorney General

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Strong v. Curry**
No.:         **C07-4927 SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>January 16, 2008</u>, I served the following documents:

1. RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL

2. [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Sylvester Strong
**D-99287**
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686
    *In Pro Se*
    *D-99287*

## Electronic Mail Notice List

I have caused the above-mentioned documents to be electronically served on the following person, who is currently on the list to receive e-mail notices for this case:

**NONE**

1

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Sylvester Strong
**D-99287**
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960-0686
    *In Pro Se*
    D-99287


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 16, 2008, at San Francisco, California.

| S. Redd | *[signature]* |
|---|---|
| Declarant | Signature |

SF2007403218
40206844.wpd