IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SYLVESTER STRONG,** | C07-4927 SI |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | Judge: The Honorable Susan Illston |
| **BEN CURRY, Warden,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a two-week extension of time, up to and including February 1, 2007, to file a responsive pleading in this matter. Petitioner shall have 30 days thereafter to file a reply.

_____
Susan Illston
Judge of the U.S. District Court

Req. for EOT; Decl. of Counsel; [Prop.] Order

*Strong v. Curry*
Case No. C07-4927 SI