United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVESTER STRONG,

    Petitioner,

    v.

BEN CURRY, warden,

    Respondent.

                                       /

No. C 07-4927 SI (pr)

**ORDER EXTENDING DEADLINES**

Respondent has filed an ex parte request for a two-week extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Amber Wipfler, the court GRANTS respondent's request. (Docket # 4.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **February 8, 2008**. Petitioner must file and serve his traverse no later than **March 14, 2008.**

    IT IS SO ORDERED.

DATED: January 25, 2008

                                              SUSAN ILLSTON
                                       United States District Judge