EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
AMBER N. WIPFLER, State Bar No. 238484
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5721
 Fax: (415) 703-5843
 Email: Amber.Wipfler@doj.ca.gov

Attorneys for Respondent Warden B. Curry

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVESTER STRONG,<br><br>                    Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>                    Respondent. | C07-4927 SI<br><br>**REQUEST FOR SECOND EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge: The Honorable Susan Illston |

**REQUEST FOR EXTENSION OF TIME TO FILE ANSWER**

Petitioner Sylvester Strong is a California state inmate at the Correctional Training Facility, proceeding pro in this habeas corpus action. Petitioner alleges that Governor Arnold Schwarzenegger unconstitutionally reversed his 2006 parole grant. On November 14, 2007, this Court issued an Order to Show Cause, requiring Respondent Warden Ben Curry to file an Answer on or before January 18, 2007. This Court then granted Respondent an extension of time, up to and including February 1, 2008. For the reasons set forth in the attached Declaration of Counsel, Respondent respectfully requests a second two-week extension of time, up to and

1  including February 15, 2008, to file a responsive pleading in this matter.

2  Dated: January 31, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

AMBER N. WIPFLER
Deputy Attorney General
Attorneys for Respondent

40213559.wpd
SF2007403218

Req. for EOT; Decl. of Counsel, [Prop.] Order

*Strong v. Curry*
C07-4927 SI

2

*Strong v. Curry*

## DECLARATION OF COUNSEL

I, Amber N. Wipfler, declare:

1. I am an attorney admitted to practice before the courts of the state of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Sylvester Strong.

3. On November 14, 2007, this Court issued an Order to Show Cause, requiring Respondent Warden Ben Curry to file a responsive pleading on or before January 18, 2008. This Court then issued Respondent a two-week extension of time, up to and including February 1, 2008, to file an Answer.

4. I have not yet received a copy of Petitioner's appellate court petition and denial. On January 30, 2008, I was informed that his file was misplaced, but was assured that I would receive a copy of the necessary documents within the next week.

5. The appellate petition and decision are necessary for me to determine whether Petitioner has exhausted his state court remedies, and whether there is a reasoned state court decision for the purposes of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA).

6. Accordingly, Respondent respectfully requests an additional two-week extension of time, up to and including February 15, 2008, to file a responsive pleading in this matter.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

8. Without an extension of time, Respondent would be substantially harmed or prejudiced in that Respondent would not have the opportunity to determine whether the petition meets exhaustion requirements, or whether there is a reasoned state court decision subject to deference

///
///
///

Req. for EOT; Decl. of Counsel, [Prop.] Order

*Strong v. Curry*
C07-4927 SI

1  under AEDPA.

2      I declare under penalty of perjury that the above is true and correct, and that this declaration
3  was executed on January 31, 2008, in San Francisco, California.

          Amber N. Wipfler
          Deputy Attorney General

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Strong v. Curry**

No.:   **C07-4927 SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 1, 2008</u>, I served the attached

1. RESPONDENT'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL

2. [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Sylvester Strong
D-99287
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686
   *In Pro Se*
   *D-99287*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 1, 2008, at San Francisco, California.

|  S. Redd  |  /s/ Redd  |
|---|---|
| Declarant | Signature |

40213627.wpd