IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SYLVESTER STRONG,**<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>**BEN CURRY, Warden,**<br><br>　　　　　　　　　Respondent. | C07-4927 SI<br><br>**[PROPOSED] ORDER**<br><br>Judge: The Honorable Susan Illston |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED an additional two-week extension of time, up to and including February 15, 2007, to file a responsive pleading in this matter. Petitioner shall have 30 days thereafter to file a reply.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court