# EXHIBIT A

# ABSTRACT OF JUDGMENT — COMMITMENT

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** FRESNO
**BRANCH** FRESNO

COURT I.D.: 1 0 1 0 0
FORM DSL 29

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** SYLVESTER STONG
**AKA:**

[X] PRESENT
[ ] NOT PRESENT
[ ] AMENDED ABSTRACT

**CASE NUMBER(S):** 380750-0 -A

**COMMITMENT TO STATE PRISON / ABSTRACT OF JUDGMENT**

FILED OCT 25 1988 FRESNO COUNTY CLERK

**DATE OF HEARING:** 10/21/88
**DEPT. NO.:** 6
**JUDGE:** MARIO OLMOS
**CLERK:** Sy_____ DEPUTY

**REPORTER:** M. MANN
**COUNSEL FOR PEOPLE:** D. COOPER
**COUNSEL FOR DEFENDANT:** D. HEMMAN
C. DREILING
**PROBATION NO. OR PROBATION OFFICER:** A. EDWARDS

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO/DAY/YEAR | CONVICTION BY (Jury/Court/Plea) | TERM (L,M,U) | SENTENCE RELATION | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 245(a)(1) | Assault w/Deadly Weapon | 87 | 9 12 88 | X (Plea) | M | X | 3 / 0 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I |
|---|---|---|---|---|---|---|---|---|---|
| 2 |  | X X |  |  |  |  |  |  |  |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

OTHER ORDERS: The defendant is fined $150.00 pursuant to GC 13967.

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
TOTAL TERM IMPOSED: 3 / 0

EXECUTION OF SENTENCE IMPOSED:
[X] A. AT INITIAL SENTENCING HEARING
[ ] B. AT RESENTENCING PURSUANT TO DECISION ON APPEAL
[ ] C. AFTER REVOCATION OF PROBATION
[ ] D. AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

DATE SENTENCE PRONOUNCED: 10 / 21 / 88
CREDIT FOR TIME SPENT IN CUSTODY: 475
TOTAL DAYS INCLUDING: ACTUAL LOCAL TIME 317 / LOCAL CONDUCT CREDITS 158

DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[ ] FORTHWITH
[X] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[X] OTHER (SPECIFY): Deuel Vocational Inst., Tracy, CA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] DMH
[ ] CDC
[ ] CALIF. INSTITUTION FOR MEN — CHINO

STATE INSTITUTIONS

I certify the foregoing to be a correct abstract of the judgment made in this action.

CLERK OF SUPERIOR COURT

SIGNATURE: [signed] _____
DATE: 10-24-88

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. Attachments may be used but must be incorporated by reference.

Adopted by the Judicial Council of California
Effective July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**
FORM DSL 290

DISTRIBUTION:
PINK COPY — COURT FILE,
YELLOW COPY — DEPARTMENT OF CORRECTIONS,
WHITE ___

Pen.C. 1213.5

# REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** FRESNO
**BRANCH** FRESNO

COURT I.D.: 10100

8743200

FORM CR 2

**FILED OCT 25 1988 FRESNO COUNTY CLERK**

**PEOPLE OF THE STATE OF CALIFORNIA**
**DEFENDANT:** SYLVESTER STRONG
**AKA:**
versus — [X] PRESENT  [ ] NOT PRESENT
**CASE NUMBER(S):** 380750-0 -A

**REPORT TO JUDICIAL COUNCIL OF:** [X] INDETERMINATE SENTENCE TO STATE PRISON  [ ] SENTENCE CHOICE OTHER THAN STATE PRISON

**DATE OF HEARING:** 10/21/88
**DEPT. NO.:** 6
**JUDGE:** MARIO OLMOS
**REPORTER:** M. MANN
**CLERK:** D. HEMMAN
**COUNSEL FOR PEOPLE:** D. COOPER / C. DREILING
**COUNSEL FOR DEFENDANT:** A. EDWARDS

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
   A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO DAY YEAR) | CONVICTION BY (JURY TRIAL / COURT TRIAL / PLEA) | 654 STAY | ENHANCEMENTS |
|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187 | MURDER 2nd DEG. | 87 | 9 12 88 | PLEA: X | X | |

2. A. Number of prior prison terms charged and found

   | SECTION | NUMBER |
   |---|---|
   | 667.5(a) | |
   | 667.5(b) | |
   | 667.6(b) | |

   B. Number of prior felony convictions

   | SECTION | NUMBER |
   |---|---|
   | 667.6(a) | |

3. [ ] Defendant was sentenced to death on counts _____
4. [X] Defendant was sentenced to State Prison:
   A. [ ] For life, or a term such as 15 or 25 years to life, with possibility of parole, on counts _____
   B. [ ] For life without the possibility of parole on counts _____
   C. [X] For other term prescribed by law on counts  1
   [ ] Counts _____, were deemed misdemeanors.
   A. [ ] Defendant sentenced to _____ days in county jail for all counts.
   B. [X] Defendant fined in sum of $ 150.00 purs. GC 13967
   [ ] For counts _____, the defendant was placed on probation.
   A. (1) [ ] Sentence pronounced and execution of sentence was suspended; or
      (2) [ ] Imposition of sentence was suspended.
   B. Conditions of probation included [ ] Jail Time _____ days  [ ] Fine

Other dispositions
   [ ] Defendant was committed to California Youth Authority.
   [ ] Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   [ ] Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   [ ] Proceedings suspended, and defendant was committed as mentally incompetent.
   [ ] Other (Specify)

PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON. THE REPORTS IMPLEMENT SECTION 1170.4 OF THE PENAL CODE AND SHALL BE MAILED TO: ADMINISTRATIVE OFFICE OF THE COURTS, 350 McALLISTER, 3200 STATE BUILDING, SAN FRANCISCO, CALIFORNIA 94102

SIGNATURE OF CLERK

REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE