Sylvester Strong, D-99287
CTF-East Dorm (ED-406)
P.O. Box 689
Soledad, CA 93960

LEGAL MAIL
PRIORITY MAIL

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102



$01.82°
MAR 05 2008
MAILED FROM ZIP CODE 93960