United States District Court
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8   SYLVESTER STRONG,                          No. C 07-4927 SI (pr)

9                Petitioner,                   **ORDER**

10         v.

11  BEN CURRY, warden,

12                Respondent.

13  _____/

14         Respondent filed a second ex parte request for an extension of time to respond to the

15  petition for writ of habeas corpus.  Having considered the request and the accompanying

16  declaration of attorney Amber Wipfler, the court GRANTS respondent's request.  (Docket # 7.)

17  Respondent's answer filed on February 15, 2008 is deemed timely filed and petitioner's traverse

18  filed March 6, 2008 is deemed timely filed.  The petition remains under submission and will be

19  decided in due course.

20         IT IS SO ORDERED.

21  DATED: May 8, 2008

                                            _____
22                                              SUSAN ILLSTON
                                            United States District Judge
23

24

25

26

27

28