UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER STRONG, | No. C 07-4927 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 30, 2009

SUSAN ILLSTON
United States District Judge