UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER STRONG, | No. C 07-4927 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

Petitioner's application to proceed <u>in forma pauperis</u> on appeal is GRANTED. (Docket # 14.)  The clerk shall process the appeal.

IT IS SO ORDERED.

DATED: April 21, 2009

SUSAN ILLSTON
United States District Judge